UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Erik Djokic,<br><br>*Defendant.* | **Deferred Prosecution Agreement**<br><br>**21 Mag. 12285** |

TO: ERIK DJOKIC:

On December 22, 2021, a criminal complaint was issued by a United States Magistrate Judge in the Southern District of New York, in which you are accused of stalking, in violation of Title 18, United States Code, Sections 2261A(1)(B), 2261A(2)(B), and 2. However, after a thorough investigation, and based on the facts of the case and your personal circumstances, the U.S. Attorney's Office for the Southern District of New York ("USAO-SDNY") has determined that the interests of justice will best be served by deferring prosecution in this District. Upon your acceptance of responsibility for your behavior and your signature on this deferred prosecution agreement (the "Agreement"), prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this Agreement for the period of eighteen months from the signing of this Agreement.

The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state, and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officers.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall not leave the Northern District of Illinois without the permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any changes in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition, you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

(1) You shall be subject to a curfew as directed by your supervising U.S. Pretrial Services Officer, enforced by location monitoring technology as directed by your U.S. Pretrial Services Officer.

(2) You shall not contact any victims or witnesses in this case, as identified to you by your supervising U.S. Pretrial Services Officer.

(3) You shall continue mental health treatment as directed by your U.S. Pretrial Services Officer.

(4) You shall not possess a firearm, destructive device, or other weapon.

(5) By signing this Agreement, you, Erik Djokic, agree to pay restitution in the amount of $14,760 (the "Restitution Amount"). The Restitution Amount shall be due immediately and in full upon the endorsement of this Agreement by the Court and by Pretrial Services. You shall pay the Restitution Amount by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. You shall write your name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, you shall contact the Clerk's Office for wiring instructions.

The USAO-SDNY may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The USAO-SDNY may discharge you from supervision at any time. The USAO-SDNY may at any time proceed with prosecution for this offense should the USAO-SDNY, in its sole discretion, deem such action advisable.

If upon your completion of supervision a written report from your supervising U.S. Pretrial Service Officer is received to the effect that you have complied with all the rules, regulations and

conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

If you successfully complete the term of supervision and fulfill all the terms and conditions of this Agreement, the USAO-SDNY will move the Court to dismiss the Complaint against you.

It is further understood that this Agreement and the terms and conditions set forth herein are limited to the facts and circumstances of this case and lack precedential value.

Dated: New York, New York
       January 4, 2023

                        DAMIAN WILLIAMS
                        United States Attorney

                By: _____*Matthew Shahabian*_____
                      Matthew R. Shahabian
                      Assistant United States Attorney
                      (212) 637-1046

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*, and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this Agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
       January 10, 2023

_____                                   _____
Sarah Krissoff, Esq.                                      Erik Djokic
Attorney for Defendant                                    Defendant

Pursuant to 18 U.S.C. § 3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this Agreement is hereby approved.

Dated: New York, New York
       January 12, 2023

                                                      _____
                                                      Hon.
                                                      United States Magistrate Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
      January ___, 2023

                                                  U.S. Pretrial Services Officer

5