

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 27, 2024

**BY ECF AND EMAIL**

Request granted. So ordered.

Robert W. Lehrburger, USMJ
Feb. 27, 2024

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   *United States v. Erick Djokic*, 21 Mag. 2285**

Dear Judge Lehrburger:

    On January 12, 2023, the Court so ordered a deferred prosecution agreement as to the defendant, Erik Djokic, which, *inter alia*, obligated the defendant to pay restitution in the amount of $14,760.  The defendant has deposited that payment with the Clerk of the Court.  The Clerk of the Court has informed the Government that the Court needs to issue an order authorizing the disbursement of the restitution amount to the victim in this case ("Victim-1"), whose information will be provided to the Clerk of the Court by the Government.

    Accordingly, the Government respectfully requests that the Court so order this letter and authorize the Clerk of the Court to disburse the $14,760 restitution amount to Victim-1.  Victim-1's information will be provided to the Clerk of the Court by the Government.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-1046

cc: Counsel of Record (by ECF and email)
    Counsel for Victim-1 (by email)