## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **21 Mag. 12285**　　　　　　　　Date **7/16/2024**

USAO No. **2021R00961**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　Removal Proceedings in

*United States v.* **Erik Djokic**

The Complaint/Rule 40 Affidavit was filed on **12/22/2021**

✓ *U.S. Marshals please withdraw warrant*

MATTHEW SHAHABIAN  Digitally signed by MATTHEW
SHAHABIAN
Date: 2024.07.16 11:05:54 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 7/22/24

UNITED STATES MAGISTRATE JUDGE